



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL DOCKET NO. 1014 <br> JUDGE RONALD BUCKWALTER |
| THIS DOCUMENT RELATES TO: <br> Kenneth Michael Wright v. <br> Zimmerman Reed, PLLP <br> Civil Action No. 03-6286 | ) ) ) ) | **FILED** <br> JUN - 2 2004 <br> MICHAEL E. KUNZ, Clerk <br> By_____ _____Dep. Clerk |

### PRE-TRIAL ORDER No. 2115

AND NOW, on this __2__ day of __June__, 2004, upon consideration of the foregoing Motion To Dismiss,

IT IS ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, each party to bear its own costs and counsel fees.

SIGNED this __2__ day of __June__, 2004.

_____
THE HONORABLE RONALD L. BUCKWALTER
JUDGE, UNITED STATES DISTRICT COURT