IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ORTHOPEDIC BONE SCREW        :    MDL DOCKET NO. 1014
PRODUCTS LIABILITY LITIGATION       :
                                    :

PTO      ORDER # 2178

The Claims Administrator has filed a Report and Recommendation as to "Clean Up" List of Unpaid Awards that references a spreadsheet containing four categories of claimants with information concerning their individual awards. In the interest of maintaining the confidentiality of the information on that spreadsheet, the Court will direct that it be maintained under seal.

Accordingly, this 10th day of June 2009, it is hereby ordered that the attached document is filed under seal.

By the Court,

_____
Buckwalter, J.