IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL J. O'SHEA             :        CIVIL ACTION
                                     :
        v.                      :
                                     :
CALVIN C. FAYARD, et al.    :        NO. 03-47
                                                     MDL 1014

## PTO ORDER 2180

AND NOW, this 15th day of October, 2009, it is Ordered that in accordance with this Court's Order of January 12, 2009 (Docket No. 4), (PTO Order No. 2175) this case is DISMISSED.

BY THE COURT

ATTEST:

BY: _/s/ Matthew L. Higgins_
       Deputy Clerk