IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ORTHOPEDIC BONE SCREW          :          MDL DOCKET NO. 1014
PRODUCTS LIBILITY LITIGATION          :
                                      :

ᗡTO   ORDER #218

AND NOW, TO WIT, this __3__ day of _DEC._, 2009, upon consideration

of the Forty-fifth Application by Brad E. Heffler for AcroMed Claims Settlement For Interim

Compensation and Reimbursement of Expenses (March 1, 2009 through October 31, 2009), IT IS

HEREBY ORDERED that the Application is hereby GRANTED and it is directed that the Fund

Escrow Agent reimburse Claims Compensation Bureau, Inc. for disbursements and compensation for

consultation fees in the amount of $10,945.25 for the period from March 1, 2009 through October 31,

2009, in accordance with the procedure established by the Court.

BY THE COURT:

_____
Ronald L. Buckwalter

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ORTHOPEDIC BONE SCREW     :     MDL DOCKET NO. 1014
PRODUCTS LIABILITY LITIGATION     :
                                          :

FORTY-FIFTHAPPLICATION  (MARCH 1, 2009 THROUGH OCTOBER 31, 2009)
BY BRAD E. HEFFLER FOR INTERIM COMPENSATION

Brad E. Heffler, hereby applies for allowance of interim compensation for professional services rendered and expenses incurred in the administration of the matter of the MDL No. 1014-AcroMed Claims Settlement during the period from March 1, 2009 through October 31, 2009 and avers as follows:

1.     As consultant, Applicant employed several positions in such number, and at the time as needed, to assist the Claims Administrator in the administration of the Settlement. Applicant and his employees have provided substantial consultation services in assisting the Claims Administrator in the administration of the Settlement.

2.     By this Forty-fifth Application by Brad E. Heffler for Interim Compensation and Reimbursement of Expenses, Applicant requests interim compensation for the period from March 1, 2009 through October 31, 2009. A schedule of consultation services rendered by the Applicant for that period setting forth a detailed description of services rendered, the dates that such services were rendered, the time expended, and the person rendering such service is attached hereto as Schedule I.

3.     As reflected in Schedule I, a total of 83.5 hours have been expended during that period, consisting of consultation services towards the administration of the AcroMed Claims Settlement. Also included within Schedule I is a summary of ordinary disbursements of costs totaling $274.00. The consultation services rendered towards the administration of the AcroMed Claims Settlement include, but are not limited to, the following activities:

    a.  Answering written correspondence and telephone calls with Registrants and Registrants' Counsel.

    b.  Process returned checks and re-issue to current addresses.

    c.  Check online reconciliation system to review cashed checks.

    d.  Update Trust reconciliation spreadsheet using bank statements.

    e.  Contact attorneys and/or claimants with outstanding checks.

4.    Applicant has not been reimbursed for consulting services rendered or for the expenses described herein.

5.    Applicant's time is billed at $210.00 per hour. Time expended by Norman Jung is billed at $125.00 per hour.  Clerical time is billed at $50.00 per hour. These rates are customary and reasonable and are rates of compensation charged to other clients in matters of great complexity and significance.

WHEREFORE, Applicant respectfully requests this Court to enter an order, in the form attached, granting reimbursement for disbursements and compensation for consultation fees in the amount of $10,945.25.

Respectfully submitted:

Brad E. Heffler
Claims Compensation Bureau, Inc.
1100 E. Hector Street, Suite 250
Conshohocken, PA 19428
(610) 834-9010

# SCHEDULE  I

WEB SITE
www.claimscompensation.com

E-MAIL
info@claimscompensation.com

*Claims Compensation Bureau, Inc.*

1100 E. HECTOR STREET, SUITE 250
CONSHOHOCKEN, PA 19428

TELEPHONE
610-834-9010
800-835-1547

FAX
610-834-9014

| BILL TO |
|---|
| Welsh & Recker, P.C.<br>Robert Welsh, Esquire<br>2000 Market Street<br>Suite 2903<br>Philadelphia, PA 19103 |

| DATE | INVOICE # |
|---|---|
| 11/24/2009 | 254 |

| ITEM | DATE | DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|---|---|
| NJ-Consulting | 3/2/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/9/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/16/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/20/2009 | Calls with PNC re: bank statements. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/23/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/24/2009 | Reissuing checks. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 3/30/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 4/6/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 4/13/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 4/14/2009 | Update outstanding check list. | 2 | 125.00 | 250.00 |
| NJ-Consulting | 4/15/2009 | Update outstanding check list. | 3 | 125.00 | 375.00 |
| NJ-Consulting | 4/20/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 4/27/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 5/4/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 5/11/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 5/18/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 5/22/2009 | Review BlackRock account with BH | 0.75 | 125.00 | 93.75 |
| NJ-Consulting | 5/22/2009 | Reconcile checking accounts. | 5 | 125.00 | 625.00 |
| BH-Consulting | 5/22/2009 | Review Blackrock statement with NJ. | 0.75 | 210.00 | 157.50 |
| NJ-Consulting | 5/26/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 5/27/2009 | Reconcile checking accounts. | 6 | 125.00 | 750.00 |
| NJ-Consulting | 5/27/2009 | Review BlackRock account with BH | 1 | 125.00 | 125.00 |
| BH-Consulting | 5/27/2009 | Review Blackrock statement with NJ. | 1 | 210.00 | 210.00 |
| NJ-Consulting | 5/28/2009 | Reconcile checking accounts. | 3 | 125.00 | 375.00 |
| NJ-Consulting | 5/28/2009 | Review BlackRock account with BH | 1 | 125.00 | 125.00 |
| BH-Consulting | 5/28/2009 | Review Blackrock statement with NJ. | 1 | 210.00 | 210.00 |
| NJ-Consulting | 6/1/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 6/8/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 6/15/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 6/22/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 6/29/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 7/6/2009 | Calls with claimants and Counsel. | 1 | 125.00 | 125.00 |
| NJ-Consulting | 7/8/2009 | Preparing correspondence and files for reissued checks | 8 | 125.00 | 1,000.00 |

| Please make checks payable to Claims Compensation Bureau. | **Balance Due** |
|---|---|

COMMONWEALTH OF PENNSYLVANIA        :

                                    : ss

COUNTY OF MONTGOMERY                 :


### AFFIDAVIT

      Brad E. Heffler being duly sworn, deposes and says as follows: that the facts set forth in the foregoing application are true and correct to the best of his knowledge and belief; that the hourly rates used to calculate the fees requested are his usual and customary rates charged in similar matters; and that the services performed and costs incurred were actually and necessarily performed and incurred in advancing the achievement of the goals established by the Court.


_Brad E. Heffler_

Brad E. Heffler


Sworn to and subscribed
before me this ___1st___ day
of ___December, 2009___.


_Michelle L. Simons_

Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHELLE L. SIMONS, Notary Public
Conshohocken Boro., Montgomery County
My Commission Expires November 18, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Forty-fifth Application by Brad E.

Heffler for Interim Compensation (March 1, 2009 through October 31, 2009) has been served by first

class mail, postage prepaid, upon the persons listed below, this 1st day of December, 2009.

Honorable Ronald L. Buckwalter
United States District Court for
  The Eastern District of Pennsylvania
601 Market Street, Room 14614
Philadelphia, PA 19106

Robert E. Welsh, Jr., Esquire
Welsh & Recker, P.C.
2000 Market Street, Suite 2903
Philadelphia, PA 19103

Brad E. Heffler

Dated: 12/1/09