IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ORTHOPEDIC BONE SCREW   :   MDL Docket No. 1014
PRODUCTS LIABILITY LITIGATION  :

### ORDER

AND NOW THIS 2 day of May, 2011 upon consideration of the Joinder of Levin, Fishbein, Sedran & Berman to the Report of Administrator Robert E. Welsh, Jr. the Court hereby finds that the funds held by Levin, Fishbein, Sedran & Berman in its Escrow Account for David Morales in the amount of $103.16, for Rhonda Lawrence Seymour in the amount of $923.01 and Robert Shehan in the amount $17,106.00, shall be contributed to the cy pres award requested by Mr. Welsh and deposited in an account administered by him for purposes of distribution.

BY THE COURT:

_____