IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ORTHOPEDIC BONE SCREW   :     MDL Docket No. 1014
PRODUCTS LIABILITY LITIGATION  :

## ORDER

AND NOW, this __4__ day of __May__, 2011, it is hereby ORDERED that the Plaintiffs' Liaison Counsel's Motion for Rule to Show Cause Re: Distribution of Residual Class Settlement Funds is GRANTED, and any party affected by the proposed relief shall appear before the Court on Tuesday, May 17, 2011 at 9:30 a.m. IN COURTROOM 14A to show cause why a *cy pres* distribution should not be allowed.

BY THE COURT:

_____
Buckwalter, J.