IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ORTHOPEDIC BONE SCREW PRODUCTS LIBILITY LITIGATION : : : | MDL DOCKET NO. 1014 |

## ORDER

AND NOW, TO WIT, this __6__ day of __JUNE__, 2011, upon consideration of the Forty-sixth Application by Brad E. Heffler for AcroMed Claims Settlement For Interim Compensation and Reimbursement of Expenses (November 1, 2009 through April 29, 2011), IT IS HEREBY ORDERED that the Application is hereby GRANTED and it is directed that the Fund Escrow Agent reimburse Claims Compensation Bureau, LLC for disbursements and compensation for consultation fees in the amount of $23,495.50 for the period from November 1, 2009 through April 29, 2011, in accordance with the procedure established by the Court.

BY THE COURT:

_____
Ronald L. Buckwalter